UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

JUL 7 2006

RE: Kenneth S. Olsen

CASE NO.: 3:06-cr-00098-LRH-RAM

**SUPERVISION REPORT**
**REQUEST FOR MODIFICATION OF RELEASE CONDITIONS**

June 28, 2006

TO: THE HONORABLE LARRY R. HICKS
U.S. District Judge

On May 13, 2002, Olsen was sentenced to 66 months imprisonment with a 5 year term of supervised release after having pled guilty to one count of Conspiracy to Distribute and Possession with Intent to Distribute More than Five Kilograms of Cocaine. Olsen commenced his supervision term on April 28, 2006, in the District of Nevada. On June 27, 2006, Your Honor accepted jurisdiction over this case.

Due to the nature of crime and recent *Stephens* decision out of the 9th Circuit Court of Appeals, we are requesting that Olsen's case be modified with the following two conditions. Olsen is in agreement with these modifications, as reflected on the attached waiver.

**PRAYING THAT THE COURT WILL ORDER THAT CONDITIONS OF SUPERVISION BE MODIFIED TO INCLUDE:**

1. **Warrantless Search** - You shall submit to the search of your person, property, or automobile under your control by the Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer without a search warrant to ensure compliance with all conditions of release.

2. **Drug/Alcohol Testing** - You shall submit to drug/alcohol testing as directed by the probation officer not to exceed 104 tests per year.

**ORDER OF COURT: Supervision Modified**

Considered and ordered this 7 day of July, 2006, and ordered filed and made a part of the records in the above case.

_____
Larry R. Hicks
U.S. District Judge

Respectfully submitted,

_____
Todd E. White
Sr. United States Probation Officer

Date: June 28, 2006

Reviewed by: _____
Rick L. Oehlerking
Supervising U.S. Probation Officer

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Warrantless Search** - You shall submit to the search of your person, property, or automobile under your control by the Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer without a search warrant to ensure compliance with all conditions of release.

2. **Drug/Alcohol Testing** - You shall submit to drug/alcohol testing as directed by the probation officer not to exceed 104 tests per year.

Witness _____  Signed _____
U.S. Probation Officer                              Probationer or Supervised Releasee

April 28, 2006
Date