UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:06-cr-00098-LRH-RAM |
| Plaintiff, ) | |
| ) | MINUTE ORDER |
| vs. ) | |
| ) | January 27, 2011 |
| KENNETH S. OLSEN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PRESENT: THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  NONE APPEARING          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):          NONE APPEARING

COUNSEL FOR DEFENDANT(S):          NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

Before the court is Defendant Kenneth S. Olsen's Motion for Early Termination of Supervised Release (#5[1]) and the Government's Opposition to Defendant's Motion for Early Termination of Supervised Release (#7). The court has reviewed the documents and will deny this motion based on the seriousness of the offense for which Defendant was convicted. Good cause appearing,

Defendant's motion (#5) is DENIED.

LANCE S. WILSON, CLERK

By:          /s/
          Deputy Clerk

---

[1]Refers to court's docket number.